UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 20-233 (JRT/BRT)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

(1) CODY WAYNE TIMMERMAN,
   also known as "Ben Davis,"
(2) IRMA BEATRICE TIMMERMAN,
   also known as "Grace,"
(3) SIARRA IRIS DAWN GALLEGOS,
   also known as "Holly" and "Sarah,"
(4) JUSTIN DONALD SUHAJDA,
(5) TODD ALLEN HUGHES,
   also known as "Eric" and "Justin,"
(6) DEREK BOLF,
(7) ANDREW WHITAKER,
(8) SAMAN MOGHBEL, and
(9) ABDOU DIALLO,
   also known as "Abdou-Rahmane Diallo,"

    Defendants.

**ORDER TO UNSEAL**

This matter is before the Court on the Government's Motion to Unseal in the above-referenced matter.

NOW, THEREFORE, IT IS HEREBY ORDERED, upon good cause shown, that the government's motion is granted, that the government shall be permitted to file an Indictment, and that the case, including the Indictment, is hereby unsealed.

March 31, 2022
Dated

*s/Becky R. Thorson*
THE HONORABLE BECKY R. THORSON
UNITED STATES MAGISTRATE JUDGE