UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 20-233(1) (JRT/DTS)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | **MR. TIMMERMAN'S MOTION TO** |
| Plaintiff, ) | **CONTINUE SENTENCING** |
| v. ) | **HEARING** |
| ) | |
| CODY WAYNE TIMMERMAN, ) | |
| ) | |
| Defendant. ) | |

Cody Timmerman, by and through his attorney, Lisa M. Lopez, respectfully moves the Court to continue his January 3, 2025, sentencing hearing to February 4, 2025. Mr. Timmerman's wife, Irma Beatrice Timmerman, is defendant number 2 in the above-captioned case and will be appearing for sentencing before this Court on February 4, 2025, at 11:00 a.m. Mr. Timmerman qualifies for the services of the Federal Defender and has already moved this Court for an Order assisting him with his travel expenses. As the Court knows, said assistance only includes one-way travel and excludes lodging and other expenses associated with travel. Mr. and Mrs. Timmerman live in Arizona and would like to travel to the District of Minnesota together, in part because they would incur only one expense related to hotel, car rental etc. The government has been contacted about the request to have their hearings on the same day, and they do not object. If the Court does grant the request to continue the hearing date, counsel also requests that parties' position pleadings be due two weeks prior to the new sentencing date. This would allow additional time for Counsel and Mr. Timmerman to confer regarding sentencing materials and would

ensure that parties are able to provide the most up-to date information to the Court for use at sentencing.

Dated:  December 9, 2024        Respectfully submitted,

*s/Lisa M. Lopez*

LISA M. LOPEZ
Attorney ID No.  395791
Attorney for Mr. Timmerman
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

2