**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

(1) CODY WAYNE TIMMERMAN,
(2) IRMA BEATRICE TIMMERMAN,

Defendants.

Case No. 20-cr-233 (JRT/DTS)

**FINAL ORDER OF FORFEITURE**

WHEREAS, on March 20, 2024, this Court entered a Preliminary Order of Forfeiture (Docket No. 386) pursuant to 18 U.S.C. § 981(a)(1)(C) in conjunction with 28 U.S.C. § 2461(c);

WHEREAS, the Plaintiff posted a Notice of Criminal Forfeiture for a least 30 consecutive days on an official government internet site (www.forfeiture.gov), beginning on March 27, 2024, providing notice of the government's intention to dispose of the subject property in accordance with law, and of the right of third parties to petition the Court within 60 days of the first date of posting for a hearing to adjudicate the validity of their alleged legal interest in the property;

NOW, THEREFORE, IT IS HEREBY ORDERED that:

1. The United States' Motion for a Final Order of Forfeiture (Docket No. [575]) is **GRANTED**; and

2. all right, title and interest in the following property is hereby forfeited to and vested in the United States of America pursuant to 18 U.S.C. § 982(a)(8), and 18 U.S.C. 981(a)(1)(C) in conjunction with 28 U.S.C. § 2461(c):

a. $1,503.95 seized from Bank of America, account No. 3250 4444 6790, in the name of Cody W Timmerman and Irma B Timmerman;

b. $12,793.29 seized from Bank of America, account No. 3250 4834 1286, in the name of Middle Man Marketing LLC;

Misc. Electronics:

c. Sandisk 256 MB micro SD card;
d. Sony Handycam digital camera, Model DCR-SX44 with power cord;
e. T-Mobile SIM card, ICC ID: 8901260550025959248;
f. Sandisk 32GB micro SD card;
g. Sandisk 512MB micro SD card;
h. Sandisk micro SD card;
i. Apple MacBook Air laptop, Model A1465, SN: C02L313VFH51;
j. Olympus digital voice recorder;
k. Team SD Elite 2GB SD card;
l. 512 MB SD card;
m. Sandisk memory stick Pro 2GB;
n. Sony Memory Stick Pro 2GB;
o. Kingston Micro 4GB;
p. Toshiba 4GB;
q. Sandisk cruzer 16GB USB;
r. Tren Micro USB;
s. Silver USB 4GB;
t. Silver USB 16GB;
u. Sandisk Cruzer Edge 4GB USB;
v. Sony Cybershot digital camera, Model DSC-T90;
w. Silver Apple iPAd, model A1567, SN: DMPRFLHMG5WQ;
x. Samsung cell phone, Model SM-900T;
y. Toshiba Laptop, SN: 89667965Q;
z. Silver USB drive 16GB;
aa. Gateway laptop, SN: NXY1UAA03031302A9A1601;
bb. Acer laptop, SN: LXR4G0206003300599160l;
cc. HP Probook laptop, SN: CNU207379P;

dd. Dell Optiplex 790 desktop computer, SN: SWJ2HS1
ee. Kodak 8GB USB drive;
ff. Toshiba hard drive, SN: 649CT17TT19B;
gg. Maxone Slim external hard drive;
hh. Samsung Tablet;
ii. Black Apple iPad, SN: DMRZJR9AMF3M;
jj. Digital camera;
kk. Rose colored Apple iWatch;
ll. Pink colored Apple iPad;
mm. Gold colored Apple iPhone 11 Pro Max, SN: G6TZWAM2N70F;
nn. Black colored Apple iPhone 11 Pro Max, SN: FCLZW167N70C; and,
oo. Black colored Apple iWatch, model A1976, SN: FHMY381DKDT8,

(collectively "the Property"); and

3. the United States shall dispose of the Property in accordance with law.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: September 16, 2026
at Minneapolis, Minnesota.

_____/s/ John R. Tunheim_____
JOHN R. TUNHEIM
United States District Judge